STATE OF MAINE

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

2009 NOV 16  A 8: 27

UNIFIED CRIMINAL DOCKET

LOCATION: PORTLAND

DOCKET NO. CR-09-2531

CR-09-2532

STATE OF MAINE

VS.                                                      DECISION & ORDER

ROBERT LEE HALL

On August 5, 2009 Defendant filed a Motion for Reconsideration of Ruling concerning a ruling by Justice Crowley on July 24, 2009 ordering that $1,952.00 seized from the Defendant be applied to a restitution obligation imposed in these cases.[1] A hearing on the motion was held on November 13, 2009.

Justice Crowley sentenced the Defendant on June 18, 2009. The record reflects that the Defendant was ordered to pay restitution as a condition of probation. The probation condition ordered payment of $100 per month beginning 90 days after release from incarceration. There was no mention by anyone at the sentencing hearing that $1,952.00 had been seized from the Defendant.

2009 the Defendant filed a pro se motion to return seized property, including the $1,952.00. Defendant's attorney filed the pending motion for reconsideration on August 4, 2009.

The Motion for Reconsideration is granted in part in that the prior order dated July 24, 2009 is vacated because it was issued by error; but the motion is denied in part in that the seized funds will not be returned to the Defendant.[2]

The restitution order is a condition of probation. The court will treat the motion to apply seized money to payment of restitution as a Motion to Amend Probation pursuant to 17-A M.R.S. § 1202(2). Based on the information provided to the court, the court finds that the Defendant has failed to prove that he does not have the current capacity to pay $1,952.00 as a partial payment of restitution or that payment will create an excessive financial hardship. See 17-A M.R.S. §§ 1325(1)(D) & (4). Moreover, the court concludes that 17-A M.R.S. § 1330(2) does not prevent the court from modifying probation and ordering immediate partial payment of restitution.

Therefore, it is ORDERED that Defendant's probation in the above captioned cases is modified in that he is ordered to immediately pay $1,952.00 as partial payment of restitution and the State may retain the funds currently in its possession as payment. Defendant remains obligated to pay $100 per month in further restitution beginning 90 days after his release from incarceration.

SO ORDERED.

Dated: 11/16/09

_____

Judge, Unified Criminal Docket

STATE OF MAINE
  vs
ROBERT L HALL                              Docket No   CUMCD-CR-2009-02531
52 WEBBS STREET
PORTLAND ME 04101                          **DOCKET RECORD**

DOB: 09/07/1982
Attorney: AMANDA DOHERTY              State's Attorney: STEPHANIE ANDERSON
          STRIKE GOODWIN & O'BRIEN
          400 ALLEN AVENUE
          PORTLAND ME 04103
          APPOINTED 04/02/2009

Filing Document: CRIMINAL COMPLAINT         Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 04/02/2009

## Charge(s)

**1    AGGRAVATED ASSAULT                     03/12/2009 PORTLAND**
**Seq 629   17-A  208(1)(A)          Class B**
**  ACKERMAN            / CUM**

## Docket Events:

04/02/2009 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 04/02/2009

04/02/2009 Charge(s): 1
         HEARING -  ARRAIGNMENT SCHEDULED FOR 04/02/2009 @ 1:00 in Room No.  1

         NOTICE TO PARTIES/COUNSEL
04/07/2009 Charge(s): 1
         HEARING -  ARRAIGNMENT HELD ON 04/02/2009
         ROLAND A COLE , JUSTICE
         Attorney:  AMANDA DOHERTY
         Defendant Present in Court

         DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS                TP 3190
04/07/2009 Charge(s): 1
         PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 04/07/2009

04/09/2009 BAIL BOND - $250,000.00 CASH BAIL BOND SET BY COURT ON 04/02/2009
         ROLAND A COLE , JUSTICE
         Defendant Present in Court

         CONC W/ 09-2532; WITH CONDITIONS OF NO CONTACT                        S/S $500,000
04/09/2009 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/14/2009 @ 8:30 in Room No.  7

05/12/2009 Charge(s): 1
         SUPPLEMENTAL FILING -  INDICTMENT FILED ON 05/08/2009


05/12/2009 Charge(s): 1
         HEARING -  ARRAIGNMENT SCHEDULED FOR 05/14/2009 @ 8:30 in Room No.  7


05/12/2009 Charge(s): 1
         HEARING -  ARRAIGNMENT NOTICE SENT ON 05/12/2009


05/14/2009 HEARING -  DISPOSITIONAL CONFERENCE HELD ON 05/14/2009
         JEFF  MOSKOWITZ , JUDGE
         Attorney:  AMANDA DOHERTY
         DA:  JENNIFER NORBERT
05/21/2009 Charge(s): 1
         HEARING -  ARRAIGNMENT HELD ON 05/14/2009
         ROLAND A COLE , JUSTICE
         DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS                TAPE 3261
05/21/2009 TRIAL -  JURY TRIAL CONTINUED ON 05/14/2009


05/21/2009 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/28/2009 @ 8:30 in Room No.  7


05/21/2009 Charge(s): 1
         TRIAL -  JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No.  11


         NOTICE TO PARTIES/COUNSEL
05/28/2009 Charge(s): 1
         TRIAL -  JURY TRIAL NOT HELD ON 05/28/2009


05/28/2009 Charge(s): 1
         HEARING -  DISPOSITIONAL CONFERENCE HELD ON 05/28/2009
         ROBERT E CROWLEY , JUSTICE
         Attorney:  RANDALL BATES
         DA:  JENNIFER NORBERT
         JH
05/28/2009 Charge(s): 1
         TRIAL -  JURY TRIAL SCHEDULED FOR 11/09/2009 @ 8:30 in Room No.  11


         NOTICE TO PARTIES/COUNSEL
05/28/2009 Charge(s): 1
         TRIAL -  JURY TRIAL NOTICE SENT ON 05/28/2009


         JH
06/16/2009 Charge(s): 1
         TRIAL -  JURY TRIAL NOT HELD ON 06/16/2009

PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 1
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 1
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 1 AGGRAVATED ASSAULT 17-A 208(1)(A) Class B as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served consecutively to:  CUMCDCR200902532  Charge: 1
This sentence to be served consecutively to:  PORDCCR200806260  Charge: 1

It is ordered that all of the sentence as it relates to confinement be suspended.

It is ordered that the defendant be placed on a period of probation for a term of 3 year(s) upon conditions attached hereto and incorporated by reference herein.

This sentence to be served consecutively to:  PORDCCR200806260 Charge:1

It is ordered that the defendant forfeit and pay the sum of $11056.44 as restitution through the District Attorney's Office.


$ 25 VICTIMS COMPENSATION FUND     WAIVED AMT $ 25.00

## Special Conditions of Probation:
1. refrain from all criminal conduct and violation of federal, state and local laws.
2. report to the probation officer immediately and thereafter as directed and within 48 hours of your release from jail.
3. answer all questions by your probation officer and permit the officer to visit you at your home or elsewhere.
4. obtain permission from your probation officer before changing your address or employment.
5. not leave the State of Maine without written permission of your probation officer.
6. maintain employment and devote yourself to an approved employment or education program.
7. not possess or use any unlawful drugs and not possess or use alcohol.
8. identify yourself as a probationer to any law enforcement officer if you are arrested, detained or questioned for any reason and notify your probation officer of that contact within 24 hours.

submit to random search and testing for drugs at the direction of a law enforcement officer.
submit to random search and testing for firearms at the direction of a law enforcement officer.
submit to random search and testing for dangerous weapons at the direction of a law enforcement officer.

complete evaluation and counselling and treatment as an out-patient for 'substance abuse' issues and sign any releases requested by your probation officer.

pay restitution as stated earlier.

NOT TO BE AT KOHLS DEPT STORE

Have no contact of any kind with HEATHER BLANKENSHIP and the family of said person.
Have no contact of any kind with DANIEL PELLETIER and the family of said person.
Have no contact of any kind with LYUDMILA BRANKEVICH and the family of said person.
Have no contact of any kind with LUBOV BRANKEVICH and the family of said person.
Have no contact of any kind with TATYANA BARANKEVICH and the family of said person.
Have no contact of any kind with VIKTOR BARANKEVICH and the family of said person.
Have no contact of any kind with TATYANA BARANKEVICH and the family of said person.
Have no contact of any kind with KELLY STUMP and the family of said person.
Have no contact of any kind with JOYCE PFOH and the family of said person.
Have no contact of any kind with KATHLEEN REILLY and the family of said person.
Have no contact of any kind with SUSAN ACCARDI and the family of said person.
Have no contact of any kind with ROBERT MARTIN and the family of said person.
Have no contact of any kind with DIANE MARTIN and the family of said person.
Have no contact of any kind with MATTHEW RYALLSAT and the family of said person.
Have no contact of any kind with LANI MCGOWEN and the family of said person.
Have no contact of any kind with REX RICHARDSON and the family of said person.
Have no contact of any kind with PETER BOISEVERT and the family of said person.
Have no contact of any kind with JUDY BOISVERT and the family of said person.
Have no contact of any kind with DIANE SPEED and the family of said person.
Have no contact of any kind with ABBY SPEED and the family of said person.
Have no contact of any kind with GEORGE SPEED and the family of said person.
Have no contact of any kind with JULIA SMALL and the family of said person.
Have no contact of any kind with JAMES MURPHY and the family of said person.
Have no contact of any kind with IDA WILLIS and the family of said person.
Have no contact of any kind with ANNE STURGES and the family of said person.
Have no contact of any kind with ROBERT STURGES and the family of said person.
Have no contact of any kind with DANIEL DUBOIS and the family of said person.
Have no contact of any kind with DENISE DUBOIS and the family of said person.

06/19/2009 AUDIT -  AUDIT REPORT CHART_OF_ACCOUNT EDI ON 06/19/2009 @ 8:15

RV APPR ABRV:VC; OLD OVERRIDE CODE:NONE; NEW OVERRIDE CODE:WV; OLD AMT OVERRIDE:0; NEW AMT
OVERRIDE:25; USER ID:JWESLEY

07/22/2009 MOTION -  MOTION FOR RETURN OF PROPERTY FILED BY DEFENDANT ON 07/21/2009


07/27/2009 NOTE -  OTHER CASE NOTE ENTERED ON 07/22/2009


      REQUEST FOR DOCKET ENTRIES.  COPIES SENT.                     JH
09/01/2009 MOTION -  MOTION FOR RETURN OF PROPERTY GRANTED ON 07/24/2009
      ROBERT E CROWLEY , JUSTICE
      IT IS HEREBY ORDERED THE MONEY CURRENTLY IS [PSSESSOPM PF TJE STATE IN THE AMOUNT OF
      $1952.00 BE APPLIED TO THE ORDER OF RESTITUTION PREVIOUSLY IMPOSED BY THIS COURT.
09/01/2009 MOTION -  MOTION TO RECONSIDER FINDING FILED BY DEFENDANT ON 08/09/2009


09/02/2009 Charge(s): 1
      HEARING -  MOTION FOR RETURN OF PROPERTY SCHEDULED FOR 09/10/2009 @ 1:00 in Room No.  8
      ROBERT E CROWLEY , JUSTICE
09/02/2009 Charge(s): 1
      HEARING -  MOTION FOR RETURN OF PROPERTY NOTICE SENT ON 09/02/2009


09/03/2009 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 09/03/2009


      CERTIFIED COPY TO SHERIFF DEPT.
09/10/2009 WRIT -  HABEAS CORPUS TO PROSECUTE REMANDED ON 09/10/2009


09/30/2009 OTHER FILING -  TRANSCRIPT FILED ON 09/29/2009


      TRANCSRIPT OF SENTENCING ON JUNE 18, 2009.               JH
10/26/2009 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 10/26/2009


      CERTIFIED COPY TO SHERIFF DEPT.
10/26/2009 HEARING -  MOTION FOR RETURN OF PROPERTY SCHEDULED FOR 11/13/2009 @ 8:30 in Room No.  7


10/26/2009 HEARING -  MOTION FOR RETURN OF PROPERTY NOTICE SENT ON 10/26/2009


10/27/2009 WRIT -  HABEAS CORPUS TO PROSECUTE ORDERED ON 10/27/2009
      PAUL E EGGERT , JUDGE
11/16/2009 ORDER -  COURT ORDER ENTERED ON 11/16/2009
      ROLAND  BEAUDOIN , JUDGE
      THEREFORE IT IS ORDERED THAT THE DEFENDANT'S PROBATION IN THE ABOVE CAPTIONED CASES IS
      MODIFIED IN THAT HE IS ORDERED TO IMMEDIATELY PAY $1952.00 AS PARTIAL PAYMENT OF
      RESTITUTION &  THE STATE MAY RETAIN THE FUNDS CURRENTLY IN ITS POSSESSION AS PAYMENT.
      DEFENDANT REMAINS OBLIGATED TO PAY $100 PER MONTH IN FURTHER RESTITUTION BEGINNING 90 DAYS
      AFTER HIS RELEASE FROM INCARCERATION.
11/16/2009 HEARING -  MOTION FOR RETURN OF PROPERTY HELD ON 11/13/2009
      ROLAND  BEAUDOIN , JUDGE
      Reporter: TIMOTHY THOMPSON
      MOTION FOR RECONSIDERATION UNDER ADVISEMENT                 SNEAKERS MAY BE

STATE OF MAINE
  vs
ROBERT L HALL                                    Docket No  CUMCD-CR-2009-02532
52 WEBBS STREET
PORTLAND ME 04101                                **DOCKET RECORD**

DOB: 09/07/1982
Attorney: AMANDA DOHERTY                  State's Attorney: STEPHANIE ANDERSON
          STRIKE GOODWIN & O'BRIEN
          400 ALLEN AVENUE
          PORTLAND ME 04103
          APPOINTED 04/02/2009

Filing Document: CRIMINAL COMPLAINT        Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 04/02/2009

## Charge(s)

1  **BURGLARY**                                  **02/24/2009 SEBAGO**
Seq 8484  17-A  401(1)(B)(4)        Class B
   **ACKERMAN**              / **CUM**

2  **THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/24/2009 SEBAGO**
   priors
Seq 8429  17-A  353(1)(B)(6)        Class C
   **ACKERMAN**              / **CUM**

3  **BURGLARY**                                  **02/24/2009 SEBAGO**
Seq 8484  17-A  401(1)(B)(4)        Class B
   **ACKERMAN**              / **CUM**

4  **THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/24/2009 SEBAGO**
   priors
Seq 8429  17-A  353(1)(B)(6)        Class C
   **ACKERMAN**              / **CUM**

5  **BURGLARY**                                  **02/25/2009 RAYMOND**
Seq 8484  17-A  401(1)(B)(4)        Class B
   **ACKERMAN**              / **CUM**

6  **THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/25/2009 RAYMOND**
   priors
Seq 8429  17-A  353(1)(B)(6)        Class C
   **ACKERMAN**              / **CUM**

7  **BURGLARY**                                  **02/26/2009 RAYMOND**
Seq 8484  17-A  401(1)(B)(4)        Class B
   **ACKERMAN**              / **CUM**

ACKERMAN / CUM

10 THEFT BY UNAUTHORIZED TAKING OR TRANSFER, 02/26/2009 RAYMOND
   priors
Seq 8429  17-A  353(1)(B)(6)         Class C
   ACKERMAN / CUM

11 AGGRAVATED CRIMINAL MISCHIEF              02/26/2009 RAYMOND
Seq 779   17-A  805(1)(A)            Class C
   ACKERMAN / CUM

12 BURGLARY                                  02/26/2009 RAYMOND
Seq 8484  17-A  401(1)(B)(4)         Class B
   ACKERMAN / CUM

13 THEFT BY UNAUTHORIZED TAKING OR TRANSFER, 02/26/2009 RAYMOND
   priors
Seq 8429  17-A  353(1)(B)(6)         Class C
   ACKERMAN / CUM

14 BURGLARY                                  03/04/2009 RAYMOND
Seq 8484  17-A  401(1)(B)(4)         Class B
   ACKERMAN / CUM

15 THEFT BY UNAUTHORIZED TAKING OR TRANSFER, 03/04/2009 RAYMOND
   priors
Seq 8429  17-A  353(1)(B)(6)         Class C
   ACKERMAN / CUM

16 BURGLARY                                  03/05/2009 RAYMOND
Seq 8484  17-A  401(1)(B)(4)         Class B
   ACKERMAN / CUM

17 THEFT BY UNAUTHORIZED TAKING OR TRANSFER, 03/05/2009 RAYMOND
   priors
Seq 8429  17-A  353(1)(B)(6)         Class C
   ACKERMAN / CUM

18 BURGLARY                                  03/05/2009 RAYMOND
Seq 8484  17-A  401(1)(B)(4)         Class B
   ACKERMAN / CUM

19 THEFT BY UNAUTHORIZED TAKING OR TRANSFER, 03/05/2009 RAYMOND
   priors
Seq 8429  17-A  353(1)(B)(6)         Class C

Seq 8429  17-A  353(1)(B)(6)        Class C
  ACKERMAN              / CUM

22  BURGLARY                                    03/05/2009 RAYMOND
Seq 8484  17-A  401(1)(B)(4)        Class B
  ACKERMAN              / CUM

23  THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  03/05/2009 RAYMOND
  priors
Seq 8429  17-A  353(1)(B)(6)        Class C
  ACKERMAN              / CUM

24  BURGLARY                                    03/05/2009 RAYMOND
Seq 8484  17-A  401(1)(B)(4)        Class B
  ACKERMAN              / CUM

25  THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  03/05/2009 RAYMOND
  priors
Seq 8429  17-A  353(1)(B)(6)        Class C
  ACKERMAN              / CUM

26  BURGLARY                                    02/27/2009 WESTBROOK
Seq 8484  17-A  401(1)(B)(4)        Class B
  ACKERMAN              / CUM

27  THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/27/2009 WESTBROOK
  priors
Seq 8429  17-A  353(1)(B)(6)        Class C
  ACKERMAN              / CUM

28  BURGLARY                                    02/27/2009 WESTBROOK
Seq 8484  17-A  401(1)(B)(4)        Class B
  ACKERMAN              / CUM

29  THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/27/2009 WESTBROOK
  priors
Seq 8429  17-A  353(1)(B)(6)        Class C
  ACKERMAN              / CUM

30  THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/28/2009 PORTLAND
  priors
Seq 8429  17-A  353(1)(B)(6)        Class C
  ACKERMAN              / CUM

31  THEFT BY UNAUTHORIZED TAKING OR TRANSFER,  02/27/2009 SOUTH PORTLAND

**33  VIOLATING CONDITION OF RELEASE        02/24/2009 SEBAGO**
**Seq 9632  15    1092(1)(A)           Class E**
  **ACKERMAN            / CUM**

**34  UNLAWFUL POSSESSION OF SCHEDULED DRUG   03/05/2009 WINDHAM**
**Seq 8574  17-A  1107-A(1)(F)         Class E**
  **ACKERMAN            / CUM**

**35  POSSESSION OR TRANSFER OF BURGLAR'S TOOLS 03/05/2009 WINDHAM**
**Seq 7032  17-A  403(1)(A)           Class E**
  **ACKERMAN            / CUM**

**Docket Events:**

04/02/2009 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 04/02/2009
        JAMES  TURCOTTE , ASSISTANT CLERK
04/02/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
        HEARING -   INITIAL APPEARANCE SCHEDULED FOR 04/02/2009 @ 1:00 in Room No.  1

        NOTICE TO PARTIES/COUNSEL
04/09/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
        HEARING -   INITIAL APPEARANCE HELD ON 04/02/2009
        ROLAND A COLE , JUSTICE
        Attorney:  AMANDA DOHERTY
        Defendant Present in Court

        TP 3190
04/09/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
        PLEA -   NO ANSWER ENTERED BY DEFENDANT ON 04/02/2009

04/09/2009 BAIL BOND -  $250,000.00 CASH BAIL BOND SET BY COURT ON 04/02/2009
        ROLAND A COLE , JUSTICE
        S/S $500,000; CONC W/ 09-2531; CONDITIONS OF NO CONTACT
04/09/2009 HEARING -   DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/14/2009 @ 8:30 in Room No.  7

04/09/2009 TRIAL -   JURY TRIAL SCHEDULED FOR 06/01/2009 @ 8:30 in Room No.  11

        NOTICE TO PARTIES/COUNSEL
04/15/2009 Party(s):  ROBERT L HALL
        ATTORNEY -  APPOINTED ORDERED ON 04/02/2009

HEARING - ARRAIGNMENT SCHEDULED FOR 05/14/2009 @ 8:30 in Room No. 7

05/12/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
HEARING - ARRAIGNMENT NOTICE SENT ON 05/12/2009

05/14/2009 HEARING - DISPOSITIONAL CONFERENCE HELD ON 05/14/2009
JEFF MOSKOWITZ , JUDGE
Attorney: AMANDA DOHERTY
DA: JENNIFER NORBERT
05/21/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
HEARING - ARRAIGNMENT HELD ON 05/14/2009 in Room No. 7
ROLAND A COLE , JUSTICE
DEFENDANT INFORMED OF CHARGES. 21 DAYS TO FILE MOTIONS
05/21/2009 TRIAL - JURY TRIAL CONTINUED ON 05/14/2009

05/21/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/28/2009 @ 8:30 in Room No. 7

05/21/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
TRIAL - JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
05/28/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
TRIAL - JURY TRIAL NOT HELD ON 05/28/2009

JH
05/28/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
HEARING - DISPOSITIONAL CONFERENCE HELD ON 05/28/2009
ROBERT E CROWLEY , JUSTICE
Attorney: RANDALL BATES
DA: JENNIFER NORBERT
05/28/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
TRIAL - JURY TRIAL SCHEDULED FOR 10/05/2009 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
05/28/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
2,33,34,35
TRIAL - JURY TRIAL NOTICE SENT ON 05/28/2009

          NOTICE TO PARTIES/COUNSEL
06/23/2009 HEARING -   RULE 11 HEARING HELD ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          READING WAIVED
06/23/2009 Charge(s): 32,34,35
          FINDING -  DIS BY DA/AG-PLED OTHER CHARGE ENTERED ON 06/18/2009

          DA:  JENNIFER NORBERT
06/23/2009 Charge(s): 1
          PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

          INSERTED VIA FEE PROCESSING
          Charge(s): 1
          FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

          INSERTED VIA FEE PROCESSING
06/23/2009 Charge(s): 1
          RULING -  ORIGINAL ORDERED ON 06/18/2009

          INSERTED VIA FEE PROCESSING
          It is adjudged that the defendant is guilty of 1 BURGLARY 17-A 401(1)(B)(4) Class B as
          charged and convicted.

          The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

          This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

          Note : ALL COUNTS CONCURRENT

          $ 25 VICTIMS COMPENSATION FUND
          **TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 2
          PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

          INSERTED VIA FEE PROCESSING
          Charge(s): 2
          FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

          INSERTED VIA FEE PROCESSING
          Charge(s): 2
          RULING -  ORIGINAL ORDERED ON 06/18/2009

          INSERTED VIA FEE PROCESSING
          It is adjudged that the defendant is guilty of 2 THEFT BY UNAUTHORIZED TAKING OR TRANSFER

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 3
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 3
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
06/23/2009 Charge(s): 3
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 3 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 4
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 4
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 4
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 4 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

INSERTED VIA FEE PROCESSING
Charge(s): 5
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 5
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 5 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 6
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 6
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 6
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 6 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

INSERTED VIA FEE PROCESSING
Charge(s): 7
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 7 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 8
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 8
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 8
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 8 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 9
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING

It is adjudged that the defendant is guilty of 9 BURGLARY 17-A 401(1)(B)(4) Class B as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 10
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 10
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 10
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 10 THEFT BY UNAUTHORIZED TAKING OR TRANSFER, priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 11
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 11
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 11

This sentence to be served concurrently with: CUMCDCR200901823 Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 12
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 12
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 12
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 12 BURGLARY 17-A 401(1)(B)(4) Class B as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823 Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 13
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 13
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 13
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 13 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 14
           PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 14
           FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 14
           RULING -  ORIGINAL ORDERED ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           It is adjudged that the defendant is guilty of 14 BURGLARY 17-A 401(1)(B)(4) Class B as
           charged and convicted.

           The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

           This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

           Note : ALL COUNTS CONCURRENT

           $ 25 VICTIMS COMPENSATION FUND
           **TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 15
           PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 15
           FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 15
           RULING -  ORIGINAL ORDERED ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           It is adjudged that the defendant is guilty of 15 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
           priors 17-A 353(1)(B)(6) Class C as charged and convicted.

           The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

           This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

INSERTED VIA FEE PROCESSING
Charge(s): 16
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 16
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 16 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 17
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 17
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 17
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 17 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

Charge(s): 18
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 18 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 19
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
06/23/2009 Charge(s): 19
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 19
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 19 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 20
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 20

charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823    Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 21
           PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 21
           FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
06/23/2009 Charge(s): 21
           RULING -  ORIGINAL ORDERED ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           It is adjudged that the defendant is guilty of 21 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
           priors 17-A 353(1)(B)(6) Class C as charged and convicted.

           The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

           This sentence to be served concurrently with: CUMCDCR200901823    Charge: 1

           Note : ALL COUNTS CONCURRENT

           $ 25 VICTIMS COMPENSATION FUND
           **TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 22
           PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 22
           FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

           INSERTED VIA FEE PROCESSING
           Charge(s): 22
           RULING -  ORIGINAL ORDERED ON 06/18/2009

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 23
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 23
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 23
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 23 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 24
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 24
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 24
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 24 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

06/23/2009 Charge(s): 25
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 25
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 25
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 25 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 26
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 26
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 26
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 26 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 27
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 27 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823   Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 28
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
06/23/2009 Charge(s): 28
FINDING - GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 28
RULING - ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 28 BURGLARY 17-A 401(1)(B)(4) Class B as
charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

This sentence to be served concurrently with: CUMCDCR200901823   Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 29
PLEA - GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 29 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 30
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 30
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 30
RULING -  ORIGINAL ORDERED ON 06/18/2009

INSERTED VIA FEE PROCESSING
It is adjudged that the defendant is guilty of 30 THEFT BY UNAUTHORIZED TAKING OR TRANSFER,
priors 17-A 353(1)(B)(6) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 31
PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

INSERTED VIA FEE PROCESSING
Charge(s): 31
FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

Note : ALL COUNTS CONCURRENT

$ 25 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 25.00.**

06/23/2009 Charge(s): 33
         PLEA -  GUILTY ENTERED BY DEFENDANT ON 06/18/2009

         INSERTED VIA FEE PROCESSING
         Charge(s): 33
         FINDING -  GUILTY ENTERED BY COURT ON 06/18/2009

         INSERTED VIA FEE PROCESSING
06/23/2009 Charge(s): 33
         RULING -  ORIGINAL ORDERED ON 06/18/2009

         INSERTED VIA FEE PROCESSING
         It is adjudged that the defendant is guilty of 33 VIOLATING CONDITION OF RELEASE 15
         1092(1)(A) Class E as charged and convicted.

         The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 6 month(s).

         This sentence to be served concurrently with: CUMCDCR200901823  Charge: 1

         Note : ALL COUNTS CONCURRENT

         $ 10 VICTIMS COMPENSATION FUND
         **TOTAL DUE:$ 10.00.**

06/23/2009 Charge(s): 1
         RULING -  ORIGINAL ISSUED ON 06/18/2009
         ROBERT E CROWLEY , JUSTICE
         DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 3
         RULING -  ORIGINAL ISSUED ON 06/18/2009
         ROBERT E CROWLEY , JUSTICE
         DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 5
         RULING -  ORIGINAL ISSUED ON 06/18/2009
         ROBERT E CROWLEY , JUSTICE
         DEFENDANT ACKNOWLEDGES RECEIPT

06/23/2009 Charge(s): 12
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 14
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 16
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 18
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 20
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 22
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 24
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 26
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 28
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 2
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 4
          RULING -  ORIGINAL ISSUED ON 06/18/2009
          ROBERT E CROWLEY , JUSTICE
          DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 6

RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 11
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 13
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 15
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 17
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 19
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 21
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 23
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 25
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 27
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 29
RULING - ORIGINAL ISSUED ON 06/18/2009
ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT
06/23/2009 Charge(s): 30
RULING - ORIGINAL ISSUED ON 06/18/2009

ROBERT E CROWLEY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT

06/26/2009 OTHER FILING -  COUNSEL VOUCHER APPROVED ON 06/26/2009

Attorney:  CLIFFORD STRIKE
SEE VOUCHER APPROVED IN CUMCD-CR-2009-1823

07/10/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
         APPEAL -   APPLICATION ALLOW SENT APPEAL FILED ON 07/07/2009

Attorney:  AMANDA DOHERTY
JH

07/10/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
         APPEAL -   APPLICATION ALLOW SENT APPEAL SENT TO REPORTER/ER ON 07/10/2009

COPY SENT TO DIANE MCMANUS, COURT REPORTER.                                    JH

07/10/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
         APPEAL -   APPLICATION ALLOW SENT APPEAL SENT TO LAW COURT ON 07/10/2009

JH

07/10/2009 MOTION -  MOTION TO PREPARE TRANSCRIPT FILED BY DEFENDANT ON 07/07/2009

Attorney:  AMANDA DOHERTY
JH

07/16/2009 MOTION -  OTHER MOTION FILED BY STATE ON 07/14/2009

STATES MOTION TO APPLY SEIZED MONEY TO PAYMENT OF RESTITUTION.

07/27/2009 MOTION -  MOTION TO PREPARE TRANSCRIPT GRANTED ON 07/23/2009
         ROBERT E CROWLEY , JUSTICE
         COPY SENT TO THE LAW COURT AND DIANE MCMANUS, COURT REPORTER.           JH

07/27/2009 NOTE -  OTHER CASE NOTE ENTERED ON 07/22/2009

REQUEST FOR DOCKET ENTRIES.  COPIES SENT.                                      JH

07/28/2009 MOTION -  OTHER MOTION GRANTED ON 07/27/2009
         ROBERT E CROWLEY , JUSTICE
         STATES MOTION TO APPLY SEIZED MONEY TO PAYMENT OF RESTITUTION.

07/30/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
         MOTION -  MOTION FOR RETURN OF PROPERTY FILED BY DEFENDANT ON 07/29/2009

MOTION ALREADY RULED ON BY JUSTICE CROWLEY.                          COPY SENT TO
DEFENDANT

08/04/2009 Charge(s): 1

AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 3
08/04/2009 Charge(s): 4
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 4
08/04/2009 Charge(s): 5
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 5
08/04/2009 Charge(s): 6
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 6
08/04/2009 Charge(s): 7
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 7
08/04/2009 Charge(s): 8
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 8
08/04/2009 Charge(s): 9
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 9
08/04/2009 Charge(s): 10
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 10
08/04/2009 Charge(s): 11
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 11
08/04/2009 Charge(s): 12
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 12
08/04/2009 Charge(s): 13
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 13
08/04/2009 Charge(s): 14
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 16
08/04/2009 Charge(s): 17
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 17
08/04/2009 Charge(s): 18
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 18
08/04/2009 Charge(s): 19
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 19
08/04/2009 Charge(s): 20
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 20
08/04/2009 Charge(s): 21
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 21
08/04/2009 Charge(s): 22
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 22
08/04/2009 Charge(s): 23
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 23
08/04/2009 Charge(s): 24
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 24
08/04/2009 Charge(s): 25
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 25
08/04/2009 Charge(s): 26
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


          DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 26
08/04/2009 Charge(s): 27
          AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 29
08/04/2009 Charge(s): 30
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 30
08/04/2009 Charge(s): 31
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 31
08/04/2009 Charge(s): 33
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/04/2009


        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 33
09/30/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
        APPEAL -  APPLICATION ALLOW SENT APPEAL DENIED ON 09/29/2009


09/30/2009 OTHER FILING -  TRANSCRIPT FILED ON 09/29/2009

        FILED IN LAW COURT ON 8/17/09 AND IN SUPERIOIR COURT ON 9/29/09.  TRANSCRIPT OF SENTENCING
        ON 6/18/09.                                              JH
09/30/2009 ORDER -  COURT ORDER ENTERED ON 09/29/2009

        LEAVE TO APPEAL SENTENCE IS DENIED.  COPY SENT TO BOTH PARTIES.        JH
10/26/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
        HEARING -  MOTION FOR RETURN OF PROPERTY SCHEDULED FOR 11/13/2009 @ 8:30 in Room No.  7

10/26/2009 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,3
            2,33,34,35
        HEARING -  MOTION FOR RETURN OF PROPERTY NOTICE SENT ON 10/26/2009


11/02/2009 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 11/02/2009


        CERTIFIED COPY TO SHERIFF DEPT.
11/06/2009 WRIT -  HABEAS CORPUS TO PROSECUTE ORDERED ON 11/05/2009
        ROBERT E CROWLEY , JUSTICE
11/16/2009 ORDER -  COURT ORDER ENTERED ON 11/16/2009
        ROLAND  BEAUDOIN , JUDGE
        THEREFORE IT IS ORDERED THAT THE DEFENDANT'S PROBATION IN THE ABOVE CAPTIONED CASES IS
        MODIFIED IN THAT HE IS ORDERED TO IMMEDIATELY PAY $1952.00 AS PARTIAL PAYMENT OF
        RESTITUTION AND THE STATE MAY RETAIN THE FUNDS CURRENTLY IN ITS POSSESSION AS PAYMENT.
        DEFENDANT REMAINS OBLIGATED TO PAY $100 PER MONTH IN FURTHER RESTITUTION BEGINNING 90 DAYS
        AFTER RELEASE FROM INCARCERATION.